529 P.2d 282

Santiago **FERNANDEZ**, Plaintiff-Appellant,

v.

**PACIFIC STUD LUMBER COMPANY, INC.,** and Employers Insurance of Wausau, Defendants-Appellees.

No. 1152.

Court of Appeals of New Mexico.

Oct. 30, 1974.

Certiorari Denied Nov. 27, 1974.*

Donald A. Martinez, Las Vegas, for plaintiff-appellant.

Leland S. Sedberry, Jr., Modrall, Sperling, Roehl, Harris & Sisk, Albuquerque, for defendants-appellees.

OPINION

HERNANDEZ, Judge.

Upon motion for rehearing, the previous opinion is withdrawn and the following substituted.

Neither of appellant's two points of error have merit.

A review of the record reveals substantial evidence supporting the finding of the trial court as to the extent of appellant's

* See 87 N.M. 47, 529 P.2d 273.

disability. Ensley v. Grace, 76 N.M. 691, 417 P.2d 885 (1966).

Appellant's second point could only be conceded if the trial court had erred as to his first point.

Affirmed.

It is so ordered.

HENDLEY and SUTIN, JJ., concur.